# Exhibit
# B

## United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10232-RWZ-ALL

Case title: USA v. Machado                     Date Filed: 08/10/2004

Assigned to: Judge Rya W. Zobel

### Defendant

**James Machado** (1)                 represented by  **Daniel E. O'Malley**
*also known as*                                       4 Longfellow Place
Michael Mederius (1)                                  35th Floor
*also known as*                                       Boston, MA 02114
James Perry, Jr. (1)                                  *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

### Pending Counts                          **Disposition**

21:846 Conspiracy to Distribute, and to
Possess with Intent to Distribute,
Marijuana
(1)

21:841(a) Possession of Marijuana with
Intent to Distribute; 18:2 Aiding and
Abetting
(2)

### Highest Offense Level (Opening)

Felony

### Terminated Counts                       **Disposition**

None

### Highest Offense Level (Terminated)

None

### Complaints                              **Disposition**

None

### Plaintiff

**USA**                               represented by  **David G. Tobin**
                                                      United States Attorneys Office

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/10/2004 | 1 | INFORMATION (Felony) as to James Machado (1) count(s) 1, 2. (Gawlik, Cathy) (Entered: 08/11/2004) |
| 06/30/2005 | | NOTICE OF HEARING as to James Machado Change of Plea Hearing set for 7/14/2005 09:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/30/2005) |
| 07/11/2005 | | NOTICE OF RESCHEDULING as to James Machado Status Conference set for 7/19/2005 03:15 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/11/2005) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/19/2005 15:03:31 | | |
| PACER Login: ux1194 | Client Code: | |
| Description: Docket Report | Search Criteria: | 1:04-cr-10232-RWZ |
| Billable Pages: 1 | Cost: | 0.08 |