UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES OF AMERICA**</u>   CRIMINAL CASE

NO. <u>04CR10232-RWZ</u>

V.

<u>**JAMES MACHADO**</u>
    **Defendant**

**NOTICE OF CANCELLATION**

<u>ZOBEL, D.J.</u>

The <u>Sentencing</u> scheduled for <u>11/8/05</u> at <u>2:00</u>P.M. before Judge <u>Zobel</u>, has been cancelled until procedural irregularities are resolved.

SARAH A. THORTON
CLERK OF COURT

<u>9/20/05</u>                By:   <u>s/ Lisa A. Urso</u>
Date                                Deputy Clerk

Notice to: