UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10232-RWZ |
| | ) | |
| **JAMES MACHADO** | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Gary G. Pelletier as an attorney of record for the defendant, James Machado.

Dated: September 24, 2005

Respectfully submitted,
JAMES MACHADO,
By his attorneys,

/s/ Gary G. Pelletier
_____
Daniel W. O'Malley, BBO#547483
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800