UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Cr. No. 04-10232-JLT** |
| ) | |
| **JAMES MACHADO** ) | |

## NOTICE OF APPEARANCE

Please enter the appearances of Daniel W. O'Malley and Gary G. Pelletier as attorneys of record for the defendant, James Machado.

Dated: October 20, 2005

    Respectfully submitted,
    JAMES MACHADO,
    By his attorneys,

    /s/ Daniel W. O'Malley
    _____
    Daniel W. O'Malley, BBO#547483
    Gary G. Pelletier, BBO#631732
    Law Offices of Daniel W. O'Malley, P.C.
    1266 Furnace Brook Parkway
    Quincy, Massachusetts 02169
    (617) 770-3400