## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>UNITED STATES OF AMERICA</u>
        Plaintiff

    V.

<u>JAMES MACHADO</u>
        Defendant

CRIMINAL ACTION

NO. <u>04CR10232-RWZ</u>

## **JUDGMENT**

<u>ZOBEL, D. J.</u>

In accordance with the Court's Memorandum and Order dated <u>11/3/05</u> granting defendant's motion to dismiss.

JUDGMENT is entered DISMISSING the Information.

                                                  By the Court,

<u>  11/3/05  </u>                        <u>  s/ Lisa A. Urso  </u>
   Date                                Deputy Clerk