# Exhibit C

TURK   14,614
       + 1,500   9-27-99
15000  ‾16,000‾
       1,500  - 10-27-92
       17,500
       1,500  - 11-27-??
       19,000
       1,500   12-27-99
       20,500
       1,500   1-27-00
       22,000
       1,500   2-27-00
       23,500
    → 6,000 STINE
       17,500
       1,500   3-27-00
       19,000
       1,500   4-27-00      TURK
       20,500      AS OF 5-10-00
   5-27- 1,500
       22,000   6-27-00
       1,500
       23,500   7-27-00
       1,500
       26,000

OVER ⟶





STEVE   47,500        50,000
      × 2 900
       48,400
      −  2,500
       45 900
      +  5 000
       50,900
      +  9 9
       50,900       7900
       57,078   AS OF 3-1-02
       5 000
       62 078
         700
       62,778   AS OF 5-10-02