## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 04-10232-RWZ** |
| ) | |
| **JAMES MACHADO,** ) | |
|     **Defendant** ) | |

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Zobel, J.) November 3, 2005 Memorandum of Decision and Order and Judgment (both entered on the docket on November 3, 2005), which granted the defendant James Machado's motion to dismiss and dismissed the indictment against him, and from the district court's March 3, 2006 order denying the Government's Motion for Reconsideration of Court Order Granting the Defendant's Motion to Dismiss Information (docketed on March 3, 2006).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   s/ Glenn A. MacKinlay
      GLENN A. MACKINLAY
      Assistant U.S. Attorney

<u>Certificate of Service</u>

I, Glenn A. MacKinlay, hereby certify that I have caused a copy of this notice to be served by first-class mail on

Daniel W. O'Malley, Esq.
Law Offices of Daniel W. O'Malley
1266 Furnace Brook Parkway
Quincy, MA 02169


Gary G. Pelletier, Esq.
Denner O'Malley LLP
Four Longfellow Place
Suite 3501
Boston, MA 02114

on March 7, 2006.

<u>s/ Glenn A. MacKinlay</u>
Glenn A. MacKinlay
Assistant U.S. Attorney