APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10232-RWZ-ALL

Case title: USA v. Machado

Date Filed: 08/10/2004

Assigned to: Judge Rya W. Zobel

**Defendant**

**James Machado** (1)
*TERMINATED: 11/03/2005*
*also known as*
Michael Mederius (1)
*TERMINATED: 11/03/2005*
*also known as*
James Perry, Jr. (1)
*TERMINATED: 11/03/2005*

represented by **Daniel E. O'Malley**
Law offices of Daniel W. O'Malley, P.C.
1266 Furnace Brook Parkway
Quincy, MA 02169
617-770-3400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Daniel W. O'Malley**
Law Offices of Daniel W. O'Malley
1266 Furnace Brook Parkway
Quincy, MA 02169
617-770-3400
Fax: 617-773-0700
Email: domalley@domalleylaw.com
*ATTORNEY TO BE NOTICED*

**Gary G. Pelletier**
Denner O'Malley LLP
Four Longfellow Place
Suite 3501
Boston, MA 02114
617-227-2800
Fax: 617-973-1562
Email: gpelletier@dennerassociates.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Distribute, and to Possess with Intent to Distribute, Marijuana<br>(1) | Dismissed |
| 21:841(a) Possession of Marijuana with Intent to Distribute; 18:2 Aiding and Abetting<br>(2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**      represented by   **David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn A. MacKinlay**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3215
Fax: 617-748-3965
Email: glenn.mackinlay@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2004 | 1 | INFORMATION (Felony) as to James Machado (1) count(s) 1, 2. Received for filing. (Gawlik, Cathy) Modified text on 8/17/2005 (Costello, Helen). (Entered: 08/11/2004) |

| 06/30/2005 | | NOTICE OF HEARING as to James Machado Change of Plea Hearing set for 7/14/2005 09:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/30/2005) |
|---|---|---|
| 07/11/2005 | | NOTICE OF RESCHEDULING as to James Machado Status Conference set for 7/19/2005 03:15 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/11/2005) |
| 07/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to James Machado held on 7/19/2005 Change of Plea Hearing set for 8/16/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/20/2005) |
| 08/16/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to James Machado held on 8/16/2005 Plea and Sentence set for 11/8/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 08/16/2005) |
| 08/17/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to James Machado held on 8/17/2005; Goverment to let court know by the end of the week what to do next; (Urso, Lisa) (Entered: 08/22/2005) |
| 08/22/2005 | 2 | Response to Court's inquiry as to statute of limitations issue as to James Machado: (Attachments: # 1 # 2)(Tobin, David) Modified on 8/23/2005 (Johnson, Jay). (Entered: 08/22/2005) |
| 09/14/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to James Machado held on 9/14/2005; Goverment to let Court know by 9/16 what they are going to do with this case; (Urso, Lisa) (Entered: 09/15/2005) |
| 09/20/2005 | 3 | NOTICE CANCELLING sentencing on 11/8/05 as to James Machado until procedural irregularities are resolved. (Urso, Lisa) (Entered: 09/21/2005) |
| 09/24/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: Gary G. Pelletier appearing for James Machado (Pelletier, Gary) (Entered: 09/24/2005) |
| 09/24/2005 | 5 | First MOTION to Dismiss *Informations* as to James Machado. (Pelletier, Gary) (Entered: 09/24/2005) |
| 09/24/2005 | 6 | First MEMORANDUM in Support by James Machado re 5 First MOTION to Dismiss *Informations* (Pelletier, Gary) (Entered: 09/24/2005) |
| 10/11/2005 | 7 | Opposition by USA as to James Machado re 5 First MOTION to Dismiss *Informations* (Johnson, Jay) (Entered: 10/12/2005) |
| 10/13/2005 | 8 | NOTICE OF ATTORNEY APPEARANCE Glenn A. MacKinlay appearing for USA. (MacKinlay, Glenn) (Entered: 10/13/2005) |
| 10/20/2005 | 9 | NOTICE OF ATTORNEY APPEARANCE: Daniel W. O'Malley |

| | | |
|---|---|---|
| | | appearing for James Machado (O'Malley, Daniel) (Entered: 10/20/2005) |
| 11/03/2005 | 10 | Judge Rya W. Zobel : Memorandum of Decision and OrderORDER entered granting 5 Motion to Dismiss as to James Machado (1) (Urso, Lisa) (Entered: 11/03/2005) |
| 11/03/2005 | 11 | Judge Rya W. Zobel : OrderORDER entered. JUDGMENT as to James Machado (1), Count(s) 1, 2, Dismissed (Urso, Lisa) (Entered: 11/03/2005) |
| 11/09/2005 | 12 | MOTION for Reconsideration re 11 Judgment, 10 Order on Motion to Dismiss as to James Machadoby USA. (Attachments: # 1 # 2 # 3) (MacKinlay, Glenn) (Entered: 11/09/2005) |
| 11/27/2005 | 13 | MEMORANDUM in Opposition by James Machado re 12 MOTION for Reconsideration re 11 Judgment, 10 Order on Motion to Dismiss *Information* (Pelletier, Gary) (Entered: 11/27/2005) |
| 02/27/2006 | 14 | MOTION for Hearing as to James Machadoby USA. (MacKinlay, Glenn) (Entered: 02/27/2006) |
| 03/03/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 12 Motion for Reconsideration as to James Machado (1): (Urso, Lisa) (Entered: 03/03/2006) |
| 03/07/2006 | 15 | NOTICE OF APPEAL by USA, USA as to James Machado Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/27/2006. (MacKinlay, Glenn) (Entered: 03/07/2006) |