

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : CR 04-10232-RWZ

UNITED STATES OF AMERICA

v.

JAMES MACHADO

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1 - 15

and contained in Volume 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on March 7, 2006 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 25, 2006.

Sarah A Thornton, Clerk of Court

By:
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/3/06 .

_George Drotap_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:        06-1701

- 3/06