# MANDATE

# United States Court of Appeals
## For the First Circuit

04-10232
USDC/MA-SP
Zobel, R.

No. 06-1701

UNITED STATES

Appellant

v.

JAMES MACHADO, a/k/a Michael Mederius, a/k/a James Perry, Jr.

Defendant - Appellee

**JUDGMENT**

Entered: May 17, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 5/17/06

By the Court:
Richard Cushing Donovan, Clerk

By: **JULIE GREGG**
Operations Manager

[cc: Daniel William O'Malley, Esq., Daniel E. O'Malley, Esq., Gary G. Pelletier, Esq., David G. Tobin, AUSA, Glenn Alexander MacKinlay, AUSA]